IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNA R. BURDGE, | : Civil No. 1:22-CV-549 |
| Plaintiff, | : |
| v. | : |
| UNITED STATES OF AMERICA, | : |
| Defendant. | : Judge Sylvia H. Rambo |

# O R D E R

**AND NOW**, this 21st day of November, 2022, upon consideration of Defendant the United States of America's motion to dismiss (Doc. 4), and in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that the motion is **GRANTED** and Plaintiff Anna R. Burdge's complaint is **DISMISSED.**

The Clerk of Court is directed to close this case.

*/s/ Sylvia H. Rambo*
SYLVIA H. RAMBO
United States District Judge